The Honorable James L. Robart

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   SELECTIVE SIGNALS, LLC,

CASE NO. 2:17-cv-01823-JLR

9             Plaintiff,

ORDER GRANTING DEFENDANT
WATCHGUARD TECHNOLOGIES
INC.'S MOTION TO STAY PENDING
*INTER PARTES* REVIEW
[PROPOSED]

10           v.

11   WATCHGUARD TECHNOLOGIES, INC,

12             Defendant.

**NOTED ON MOTION CALENDAR:**
**Friday, March 2, 2018**

13



14

15       THIS MATTER having come before the Court on Defendant WatchGuard Technologies

16   Inc.'s Motion to Stay Pending *Inter Partes* Review and the Court having reviewed the pleadings

17   and evidence presented and on file in this case, and the Court being fully advised as to the issues

18   presented, the Court hereby

19       ORDERS, ADJUDGES AND DECREES that Defendant WatchGuard Technologies Inc.'s

20   Motion to Stay Pending *Inter Partes* Review's is hereby GRANTED.  This case is stayed until a

21   final non-appealable decision is issued in the *inter partes* review process, either by the Patent Trial

22   and Appeal Board, the Federal Circuit Court of Appeals, or the Supreme Court.

23

24

25

26

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1    IT IS SO ORDERED.

2    DATED this 2ᴺᴰ day of ___March___ , 2018.

3

4    THE HONORABLE JAMES L. ROBART
     UNITED STATES DISTRICT COURT

5

6    *Presented by:*

7    SUMMIT LAW GROUP PLLC

8    By *s/ Lawrence C. Locker*
     Lawrence C. Locker, WSBA #15819

9    315 Fifth Avenue S., Suite 1000
     Seattle, WA  98104-2682

10   (206) 676-7000
     *larryl@summitlaw.com*

11
     BLANK ROME LLP
12
     By *s/ James H. Hall*
13   James H. Hall (*pro hac vice*)
     Keith A. Rutherford (*pro hac vice*)

14   717 Texas Avenue, Suite 1400
     Houston, TX  77002-2727

15   (713) 228 6601
     *krutherford@blankrome.com*
16   *jhall@blankrome.com*

17   ***Attorneys for Defendant WatchGuard
     Technologies, Inc.***

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANT WATCHGUARD
TECHNOLOGIES INC.'S MOTION TO STAY PENDING
INTER PARTES REVIEW - 2
CASE NO. 2:17-cv-01823-JLR

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel D. DeLue
Ferring & DeLue LLP
600 Stewart Street, Suite 1115
Seattle, WA  98101-1242
*ddd@d3law.com*

Todd Y. Brandt
Brandt Law Firm
222 North Fredonia Street
Longview, TX  75601
*tbrandt@thebrandtlawfirm.com*

DATED this 14th day of February, 2018.

*s/ Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANT WATCHGUARD
TECHNOLOGIES INC.'S MOTION TO STAY PENDING
INTER PARTES REVIEW - 3
CASE NO. 2:17-cv-01823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001