The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SELECTIVE SIGNALS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WATCHGUARD TECHNOLOGIES, INC, <br><br> Defendant. | CASE NO. 2:17-cv-01823-JLR <br><br> STIPULATION FOR AND ORDER OF DISMISSAL |

**STIPULATION**

The parties hereto by and through their respective counsel stipulate that, this matter having been fully compromised and settled, this action and all claims asserted herein by either party shall be dismissed with prejudice, except Defendant's invalidity defenses are dismissed without prejudice, and all without fees or costs to either party.

DATED this 7th day of April, 2020.

| | |
|---|---|
| SUMMIT LAW GROUP PLLC <br> By *s/ Lawrence C. Locker* <br> Lawrence C. Locker, WSBA #15819 <br> 315 Fifth Avenue S., Suite 1000 <br> Seattle, WA  98104-2682 <br> (206) 676-7000 <br> *larryl@summitlaw.com* | DELUE LAW PLLC <br> By *s/Daniel D. DeLue* <br> Daniel D. DeLue, WSBA #29357 <br> 600 Stewart Street, Suite 1115 <br> Seattle, WA 98101 <br> (206) 508-3815 <br> *ddd@d3law.com* |

| | |
|---|---|
| BLANK ROME LLP<br>By *s/ Russell T. Wong*<br>   Russell T. Wong (*pro hac vice*)<br>   Domingo M. LLagostera (*pro hac vice*)<br>   Munira A. Jesani (*pro hac vice*)<br>   717 Texas Avenue, Suite 1400<br>   Houston, TX  77002-2727<br>   (713) 228 6601<br>   *rwong@blankrome.com*<br>   *dllagostera@blankrome.com*<br>   *mjesani@blankrome.com*<br>***Attorneys for Defendant WatchGuard Technologies, Inc.*** | BRANDT LAW FIRM<br>By *s/Todd Y. Brandt*<br>   Todd Y. Brandt, (*pro hac vice*)<br>   222 N. Fredonia Street<br>   Longview, TX  75601<br>   (903) 212-3130<br>   *tbrandt@thebrandtlawfirm.com*<br>***Attorneys for Selective Signals LLC*** |

## ORDER

Pursuant to the foregoing Stipulation, it is hereby **ORDERED** that the claims asserted by either party in this action are dismissed with prejudice, except Defendant's invalidity defenses are dismissed without prejudice, and all without fees or costs to either party.

IT IS SO ORDERED.

DATED this __7th__ day of April, 2020.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

***Presented by:***

| | |
|---|---|
| SUMMIT LAW GROUP PLLC<br>By *s/ Lawrence C. Locker*<br>   Lawrence C. Locker, WSBA #15819<br>   315 Fifth Avenue S., Suite 1000<br>   Seattle, WA  98104-2682<br>   (206) 676-7000<br>   *larryl@summitlaw.com* | DELUE LAW PLLC<br>By *s/Daniel D. DeLue*<br>   Daniel D. DeLue, WSBA #29357<br>   600 Stewart Street, Suite 1115<br>   Seattle, WA 98101<br>   (206) 508-3815<br>   *ddd@d3law.com* |
| BLANK ROME LLP<br>By *s/ Russell T. Wong*<br>   Russell T. Wong (*pro hac vice*)<br>   Domingo M. LLagostera (*pro hac vice*)<br>   Munira A. Jesani (*pro hac vice*)<br>   717 Texas Avenue, Suite 1400<br>   Houston, TX  77002-2727<br>   (713) 228 6601<br>   *rwong@blankrome.com*<br>   *dllagostera@blankrome.com*<br>   *mjesani@blankrome.com*<br>***Attorneys for Defendant WatchGuard Technologies, Inc.*** | BRANDT LAW FIRM<br>By *s/Todd Y. Brandt*<br>   Todd Y. Brandt, (*pro hac vice*)<br>   222 N. Fredonia Street<br>   Longview, TX  75601<br>   (903) 212-3130<br>   *tbrandt@thebrandtlawfirm.com*<br>***Attorneys for Selective Signals LLC*** |